IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES T. ROLLINS and WANDA ROLLINS, <br><br> Plaintiffs, <br><br> v. <br><br> PEPSICO, INC. a/k/a Bottling Group, LLC or Bottling Group Holdings, Inc., NEW BERN TRANSPORT CORPORATION, and/or A.B.C. that individual partnership, corporation or foreign profit corporation doing business as the same on October 17, 2013 and/or responsible when plaintiff was injured at the Dollar General located at 3120 Peach Orchard Road, Augusta, GA, <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * * * | 1:15-cv-156 |

O R D E R

Presently before the Court is the parties' consent motion to dismiss without prejudice. (Doc. 6). In their motion, the parties indicate that "'PEPSICO, INC. a/k/a Bottling Group, LLC or Bottling Group, Holdings, Inc.,' and other unnamed entities in the complaint . . . are improper parties." (Id.). Accordingly, the parties have agreed to voluntarily dismiss these improper parties. (Id.). This leaves Defendant New Bern Transport Corp. as the sole remaining defendant in this case.

Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii), the Court **DISMISSES WITHOUT PREJUDICE** all claims against Defendants Pepsico, Inc. a/k/a Bottling Group, LLC or Bottling Group, Holdings, Inc., and other unnamed entities in the complaint. The Clerk **SHALL TERMINATE** Pepsico, Inc. a/k/a Bottling Group, LLC or Bottling Group, Holdings, Inc., and other unnamed entities as defendants in this action and terminate all deadlines and motions pertaining to these parties. Each party shall bear its own costs and attorney's fees. The sole remaining defendant shall be New Bern Transport Corp.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of October, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA